IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL W. PAULSON**, | : |
| *Plaintiff* | : Case No. 20-cv-3678-JMY |
| v. | : |
| **FRANCIS APPLAH, ET AL.**, | : |
| *Defendants* | : |

## ORDER

**AND NOW**, this 14th day of January, 2021, upon consideration of Defendant's Motion to Dismiss, the Court's Orders directing Plaintiff to file an opposition brief thereto, Plaintiff's failure to comply with Local Rule 7.1(c), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

(1) Defendant's Motion to Dismiss (ECF No. 10) is **GRANTED**;

(2) Pursuant to Fed. R. Civ. P. 41(b), this case is **DISMISSED** *without prejudice* for failure to prosecute and to comply with Court Orders; and

(3) The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**